UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC.,

        Plaintiff,

    v.

SR INTERNATIONAL BUSINESS INSURANCE COMPANY, LTD.,

        Defendant.

CASE NO. C05-1177JLR

ORDER

    This case is hereby transferred to the Honorable Marsha J. Pechman as being a substantially similar case and involving the same parties as C04-1777P. All future pleadings shall bear the cause number C05-1177P.

    Dated this 15th day of September, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER